NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GANG YAN DIAMOND PRODUCTS, INC., BEIJING GANG YAN DIAMOND PRODUCTS COMPANY,**
*Plaintiffs-Appellants*

**CLIFF INTERNATIONAL, LTD.,**
*Plaintiff*

v.

**UNITED STATES, DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Defendants-Appellees*

---

2016-2313

---

Appeal from the United States Court of International Trade in No. 1:14-cv-00148-RKM, Senior Judge R. Kenton Musgrave.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge.*

**O R D E R**

Appellants move with consent of the other parties to stay proceedings in this appeal pending this court's reso-

lution of *Diamond Sawblades Manufacturers Coalition v. United States*, 2016-1253, and *Diamond Sawblades Manufacturers Coalition v. United States*, 2016-1254, -1255 (collectively, the "Diamond Sawblades Appeals*")*.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is stayed. Within 14 days of this court's final resolution of the Diamond Sawblades Appeals, the parties are directed to inform this court concerning how they believe this appeal should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25